UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:18-cv-00369-MOC

| | |
|---|---|
| **LEONARD V. OLIPHANT**, | )<br>) |
| Appellant, | )<br>) |
| Vs. | )     ORDER OF DISMISSAL<br>) |
| **USA/IRS, ET AL.**, | )<br>) |
| Appellees. | ) |

**THIS MATTER** is before the Court on appellant's "Termination of Appeal," which the Clerk of Court has properly deemed to be a Motion for Voluntary Dismissal of the Appeal. Review of the docket reveals that such request for voluntary dismissal comes after the deadlines set by this Court in its Roseboro Order (#5), but before a responsive motion or brief by appellees. Finding that the interests of justice would be served by allowing the Voluntary Dismissal proposed by appellant, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that appellant's "Termination of Appeal," which the Clerk of Court has properly deemed to be a Motion for Voluntary Dismissal of the Appeal (#6), is **GRANTED**, and this appeal is **DISMISSED** without prejudice.

The Clerk of this Court shall transmit a copy of this Order to the Clerk of the Bankruptcy Court.

Signed: March 29, 2019



Max O. Cogburn Jr.
United States District Judge